IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al., ) ) ) ) ) | 2:07CV433 - mht |
| EUGENE CRUM, JR., et al., ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:94cv356-MHT |
| STATE OF ALABAMA, et al., ) ) | |
| Defendants. ) | |

ORDER

It is ORDERED as follows:

(1) The motion to intervene (Doc. No. 320) is granted.

(2) Any related complaint-in-intervention is converted to a separate lawsuit.

(3) The clerk of the court is to set up a separate lawsuit and file for the complaint-in-intervention. Counsel for the intervenor and

the defendants are to let the clerk of the court know forthwith what filings she needs to include in this separate lawsuit.

The court believes that any related complaint-in-intervention should proceed as a separate lawsuit.

DONE, this the 16th day of May, 2007.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al.: | )<br>)<br>)<br>) |
| EUGENE CRUM, JR., et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO.:<br>) CV-94-T-356-N |
| STATE OF ALABAMA, et al., | )<br>) |
| Defendants. | )<br>)<br>) 2:07CV433-mht<br>) |
| BENNY NEWTON, | )<br>) |
| Plaintiff-Intervenor, | )<br>) |
| v.<br>STATE OF ALABAMA, GOVERNOR FOB JAMES, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DR. HALYCON BALLARD and GARY LEACH. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**FILED FEB 2 4 1998**
CLERK U. S. DISTRICT COURT MIDDLE DIST. OF ALA.

## MOTION TO INTERVENE

**COMES NOW** the applicant, Benny Newton, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, and applies to this Court for permission to intervene as a party plaintiff in the above-entitled cause. As grounds for this Motion, the applicant would show unto the Court as follows:



1. This Motion is timely based upon the following factors:

(a) <u>Length of Time Applicant Has Known Of His Interest</u>. The plaintiff-intervenor has been waiting on the issuance of his right-to-sue letter from the EEOC and Justice Department before seeking intervention into this case. Plaintiff-intervenor has filed this motion within 90 days of the issuance of his right-to-sue letter. Based on these facts, it should be held that there has been no undue delay on the part of the applicant seeking intervention into this lawsuit.

(b) <u>Prejudice to Parties from Failure to Move Sooner</u>. The parties will not be unduly prejudiced by the intervention sought herein.

(c) <u>Prejudice to Applicant if Intervention Denied</u>. Applicant will be unduly prejudiced by the necessity of maintaining an individual, separate lawsuit involving complex issues and costly experts, which will be duplicative of the present case.

(d) <u>Unusual Circumstances</u>. The circumstances of the case militate in favor of intervention as it will prevent duplicative and expensive discovery and the retrial of identical issues.

2. A copy of this Motion is being served upon all parties through their respective counsel.

3. The applicant's claims and the claims of the named plaintiffs, plaintiff-intervenors and the putative class in the case at bar involve common questions of law and fact.

4. This Motion is accompanied by applicant's complaint-in-intervention, which is attached hereto.

5. Intervention will not unduly delay or prejudice the adjudication of the rights of the original parties.

**WHEREFORE**, Premises Considered, applicant respectfully moves this Court to permit his intervention into the instant legal action as a party plaintiff.

Respectfully submitted,

_____
Rocco Calamusa, Jr.
Counsel for the Plaintiff-Intervenor
and Plaintiff Class

OF COUNSEL:

GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
1400 SouthTrust Tower
Birmingham, AL 35203
(205) 328-0640

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served, either by hand delivery or by placing same in the United States Mail, properly addressed and first class postage prepaid, on this the _23_ day of February, 1998 on the following:

| **COUNSEL** | **REPRESENTING** |
|---|---|
| Richard H. Walston, Esquire<br>Haskell, Slaughter, Young<br> & Johnston<br>1200 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | Plaintiffs |
| **and** | |
| Thomas T. Gallion III, Esquire<br>Haskell, Slaughter, Young,<br> Johnston & Gallion<br>P.O. Box 4660<br>Montgomery, AL 36103 | |
| William F. Gardner, Esquire<br>R. Taylor Abbot, Jr., Esquire<br>Cabaniss, Johnston, Gardner,<br> Dumas & O'Neal<br>700 Park Place Tower<br>Birmingham, AL 35203 | Personnel Board |

**and**

Patrick H. Sims, Esquire
Cabaniss, Johnston, Gardner,
  Dumas & O'Neal
700 AmSouth Center
P.O. Box 2906
Mobile, AL 36652

William H. Pryor, Esquire            State of Alabama
Attorney General                     Defendants' Liaison
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

Honorable Julia J. Weller            Governor Fob James
Robison & Belser, P.A.               Governor's Liaison
210 Commerce Street
Montgomery, AL 36104

Henry C. Barnett, Esquire            Alabama State Docks
Christopher W. Weller, Esquire       Department of Conservation & Natural Resources
Capell, Howard, Knabe & Cobbs, P.A.  Commission on Aging
57 Adams Avenue                      Retirement Systems of Alabama
P.O. Box 2069                        Department of Labor
Montgomery, AL 36102-2069            Alabama Medicaid Agency


John J. Coleman III, Esquire         Department of Industrial Relations
Edward S. Allen, Esquire             Agriculture & Industries
T. Dwight Sloan III, Esquire         Department of Revenue
Balch & Bingham                      Department of Education
P.O. Box 306                         Board of Registrars
Birmingham, AL 35201                 Commission on Physical Fitness

**and**

Robin G. Laurie, Esquire
Balch & Bingham
P. O. Box 78
Montgomery, AL 36101

| | |
|---|---|
| Roger L. Bates, Esquire<br>Hand, Arendall, Bedsole,<br> Greaves & Johnson<br>900 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 | Department of Corrections<br>Department of Public Health<br>Department of Human Resources<br>Department of Mental Health & Mental Retardation<br>Alcohol Beverage Control Board<br>Alabama Emergency Management Agency |
| William J. Huntley, Jr., Esquire<br>Huntley & Associates, P.C.<br>P.O. Box 370<br>Mobile, Alabama 36601 | Alabama Industrial Development Training Agency<br>Department of Economics & Community Affairs<br>Alabama Development Office<br>Bureau of Travel & Tourism |
| Honorable Mary E. Pilcher<br>Webb & Eley, P.C.<br>P. O. Box 238<br>Montgomery, AL 36101 | Lauderdale County<br>Florence/Lauderdale Emergency Management Agency |
| R. Frank Ussery, Esquire<br>General Counsel, Alabama State<br> Personnel Department<br>3rd Floor, Suite 327-A<br>64 North Union Street<br>Montgomery, AL 36103 | Personnel Department |
| Honorable Gwendolyn B. Garner<br>John J. Breckenridge, Jr., Esquire<br>Counsel, Alabama Department of Revenue<br>50 North Ripley Street, Room 4116<br>Montgomery, AL 36130 | Department of Revenue |
| William T. Stephens, Esquire<br>General Counsel, Retirement Systems<br> of Alabama<br>135 South Union Street<br>Montgomery, AL 36130-4104 | Retirement Systems of Alabama |
| John R. Wible, Esquire<br>General Counsel, Alabama Department<br> of Public Health<br>434 Monroe Street<br>Montgomery, AL 36130 | Department of Public Health |

Andrew W. Redd, Esquire                          Department of Corrections
General Counsel, Alabama Department
 of Corrections
3rd Floor, S. Gordon Persons Building
50 North Ripley Street
Montgomery, AL 36130


R. Marcus Givhan, Esquire                        Commission on Physical Fitness
Counsel, Alabama Commission
 on Physical Fitness
Office of the Attorney General
5720 Carmichael Road
Montgomery, AL 36117


Honorable Sharon E. Ficquette                    Department of Human Resources
Honorable Margaret L. Fleming
Counsel, Alabama Department
 of Human Resources
Office of the Attorney General
S. Gordon Persons Building, Room 2122
50 Ripley Street
Montgomery, AL 36130


Jim R. Ippilito, Jr., Esquire                    Department of Education
General Counsel, Alabama Department
 of Education
S. Gordon Persons Building, Room 5103
50 North Ripley Street
Montgomery, AL 36130


David J. Dean, Esquire                           Department of Conservation & Natural Resources
General Counsel, Alabama Department
 of Conservation
64 North Union Street, Room 751
Montgomery AL 36130


Honorable Gilda B. Williams                      Commission on Aging
Counsel, Commission on Aging
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Edward E. Davis, Esquire  
Counsel, Alabama Department  
 of Economics & Community Affairs  
401 Adams Avenue  
P.O. Box 5690  
Montgomery, AL 36103

Department of Economics & Community Affairs

Honorable Renee D. Culverhouse  
Counsel, Alabama Industrial Development  
 Training Agency  
401 Adams Avenue, Suite 710  
Montgomery, AL 36104

Industrial Development Training Agency

Honorable Angela C. Turner  
Counsel, Alabama Department of Labor  
Office of the Attorney General  
Alabama State House  
11 South Union Street  
Montgomery, AL 36130

Department of Labor

Gary R. Trawick, Esquire  
Milton J. Westry, Esquire  
Counsel, Alabama Department  
 of Mental Health  
P.O. Box 3710  
Montgomery, AL 36109

Department of Mental Health & Mental Retardation

William O. Butler III, Esquire  
General Counsel, Alabama Medicaid Agency  
501 Dexter Avenue  
P.O. Box 5624  
Montgomery, AL 36103-5624

Alabama Medicaid Agency

Frank D. Marsh, Esquire  
General Counsel, Alabama Department  
 of Industrial Relations  
649 Monroe Street, Room 211  
Montgomery, AL 36130

Department of Industrial Relations

Honorable Mary Beth Martin
U.S. Department of Justice
Civil Rights Division
Employment Litigation
P.O. Box 65968
Washington, DC  20035

United States of America

_____
Of Counsel