IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al., | ) ) ) ) ) |
| EUGENE CRUM, JR., et al., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:94cv356-MHT |
| STATE OF ALABAMA, et al., | ) ) |
| Defendants. | ) |

ORDER

It is ORDERED as follows:

(1) The amended motion to intervene (Doc. No. 687) is granted.

(2) The related amended complaint-in-intervention is converted to a separate lawsuit and is to be filed in Newton v. Alabama, civil action no. 07cv433-MHT.

DONE, this the 22nd day of May, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE