IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BENNY NEWTON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv433-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 13) is granted.

DONE, this the 25th day of June, 2007.

      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE