IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

Bennie Newton
_____ ,    )
                                  )
        Plaintiff,                )
                                  )
v.                                )    CASE NO. 2:07-cv-433-MHT
                                  )    _____
State of Alabama, et al.          )
_____ ,    )
                                  )
        Defendants,               )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Bennie Newton , a Plaintiff                  in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

■  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____          _____

_____          _____

_____          _____

_____          _____
7/16/2007                           /s/  Russell W. Adams
_____          _____
        Date                        (Signature)
                                    Russell W. Adams
                                    _____
                                    (Counsel's Name)
                                    Bennie Newton
                                    _____
                                    Counsel for (print names of all parties)
                                    Wiggins, Childs, Quinn & Pantazis, LLC
                                    _____
                                    301 19th Street North
                                    _____
                                    Address, City, State Zip Code
                                    205-314-0500
                                    _____
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, <u>Russell W. Adams, Counsel for Plaintiff</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>notification via the CM/ECF system</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>16th</u> day of <u>July</u> 20<u>07</u>, to:

Warren B. Lightfoot, Jr., Esq., John B. Holmes, III, Esq. , Abigail H. Avery, Esq., Maynard Cooper & Gayle, PC,

1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, AL 35203

Sharon F. Ficquette, Esq., Legal Office, P.O. Box 304000, Montgomery, AL 36130

Alice Ann Byrne, Esq., Folsom Administrative Building, 64 N. Union St., Ste. 316, Montgomery, AL 36130

M. Jefferson Starling, III, Esq., Aaron L. Dettling, Esq., Balch & Bingham, 1710 Sixth Avenue North,

Birmingham, AL 35203

<u>7/16/2007</u>
                Date

<u>/s/  Russell W. Adams</u>
                Signature