**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **BENNIE NEWTON,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **CIVIL ACTION NO. :** |
| **v.** | ) | **2:07-cv-00433-MHT** |
| | ) | |
| **STATE OF ALABAMA, et al.,** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

_____

**CONFLICT DISCLOSURE STATEMENT**

Defendants the State of Alabama Department of Conservation and Natural Resources and

Gary Leach, in the above-captioned matter, and in accordance with the Order of this Court, make

the following disclosure concerning parent companies, subsidiaries, partners, limited liability

entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities

reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as

follows:

1.      Defendant State of Alabama Department of Conservation and Resources is a

governmental entity.

2.      Defendant Gary Leach is an individual.

Respectfully submitted, this 16th day of July, 2007.


/s/ Christopher W. Weller
CHRISTOPHER W. WELLER (WEL020)
MAI LAN F. ISLER (*pro hac vice*)
Attorney for Defendants
Department of Finance and
Henry C. Mabry, III, Director

2

Address of Counsel :

CAPELL HOWARD, PC
P. O. Box 2069
Montgomery, AL  36102-2069

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above document has been electronically filed using the CM/ECF system on this the 16 day of July, 2007.


                          /s/ Christopher W. Weller
                          OF COUNSEL