**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                            TELEPHONE (334) 954-3600

July 17, 2007

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

**Case Style:   Benny Newton v. State of Alabama, et al.**

**Case Number:   2:07-cv-433-MHT**

**Docket Entry Number:   17**

**The above referenced NOTICE was filed on 7/16/2007 with a pdf document which referenced parties who are not in this case and using the incorrect event code. Counsel re-filed on 7/17/2007 pursuant to instructions from the clerk's office. See document #18.**

**Therefore document #17 is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**