IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BENNY NEWTON | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 07 cv 433-MHT |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

_____

**REVISED JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 12], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

**A.  Defendants remaining in the case:**

1. Department of Conservation and Natural Resources

2. Barnett Lawley, Commissioner of Department of Conservation and Natural Resources

3. State Personnel Department

4. Jackie Graham, Director of State Personnel Department

**B.  Attorneys in the case:**

1. Russell W. Adams

2. Rocco Calamusa, Jr.

3. Constance S. Barker

      4. Christopher W. Weller

      5. Mai Lan Fogal Isler

      6. David Dean

      7. Alice Ann Byrne

**C.**    **Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Bennie Newton | Russell W. Adams |
| | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Department of Conservation and Natural Resources | Christopher W. Weller<br>Constance S. Barker<br>Mai Lan Foglar Isler<br>David Dean |
| Barnett Lawley, Commissioner | Christopher W. Weller<br>Constance S. Barker<br>Mai Lan Foglar Isler<br>David Dean |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 31st day of July, 2007.

    __/s/ Russell W. Adams_____
RUSSELL W. ADAMS (ASB 3760-A62R)
Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204
(205) 314-0500

    __/s/ Alice Ann Byrne_____
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Fob James,
State Personnel Department and
Jackie Graham, Director of State Personnel
Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.~Suite 316
Montgomery, AL  36130
(334) 242-3451

    __/s/  Christopher W. Weller_____
CHRISTOPHER W. WELLER (WEL 030)
CONSTANCE S. BARKER (BAR 099)
MAI LAN ISLER *(pro hac vice)*
Attorneys for Defendants
Department of Conservation and
Natural Resources, and
Barnett Lawley, Commissioner

Address of Counsel :
CAPELL HOWARD, PC
P. O. Box 2069
Montgomery, AL  36102-2069
(334) 241-8000

    /s/   David Dean
DAVID DEAN (DEA 004)
Attorneys for Defendants
Department of Conservation and
Natural Resources, and
Barnett Lawley, Commissioner

Address of Counsel:
DEPARTMENT OF CONSERVATION
AND NATURAL RESOURCES
Legal Division
64 North Union ~ 4th Floor
Folsom Administrative Building
Montgomery, AL  36130
(334) 242-3165