IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BENNY NEWTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 07-CV-433-MHT |
| | * | |
| STATE OF ALABAMA, et al. | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Susan Donahue, who gives notice of appearance as additional counsel for the plaintiff in the above-styled case. She is a member of the Alabama State Bar (ASB-4525A48D).

Respectfully submitted,

/s/ Susan Donahue
Russell W. Adams
Rocco Calamusa, Jr.
Susan Donahue (ASB-4525A48D)

*Attorneys for the Plaintiff*

OF COUNSEL:
**WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

     I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Christopher W. Weller
Constance S. Barker
Mai Lan Isler
Capell Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069
CWW@CHLAW.COM
CSB@CHLAW.COM
MFI@CHLAW.COM

This 19th day of September, 2007.

                                          /s/ Susan Donahue
                                          OF COUNSEL