IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BENNY NEWTON,                    )
                                 )
    Plaintiff,                   )
                                 )       CIVIL ACTION NO.
    v.                           )        2:07cv433-MHT
ALABAMA DEPARTMENT OF            )
CONSERVATION AND                 )
NATURAL RESOURCES, et al.,       )
                                 )
    Defendants.                  )
```

### ORDER

In light of the amended complaint (Doc. No. 29), it is ORDERED as follows:

(1) The motion to dismiss and alternative motion for more definite statement (Doc. No. 24) are denied.

(2) The defendants are allowed until October 12, 2007, to respond to the amended complaint in this case.

DONE, this the 26th day of September, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE