**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT**

| | | |
|---|---|---|
| **BENNIE NEWTON,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CIVIL ACTION NO. :** |
| v. | ) | **2:07-cv-00433-MHT** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **CONSERVATION AND NATURAL** | ) | |
| **RESOURCES, et al.,** | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**CONFLICT DISCLOSURE STATEMENT**

Defendants, Alabama Department of Conservation and Natural Resources and Barnett Lawley, in his official capacity as Commissioner of Alabama Department of Conservation and Natural Resources, in the above-captioned matter, in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant Alabama Department of Conservation and Natural Resources is a governmental entity; and

2. Defendant Barnett Lawley is an individual.

Respectfully submitted,


/s/ CONSTANCE S. BARKER
CONSTANCE S. BARKER (BAR099)
CHRISTOPHER W. WELLER (WEL020)
MAI LAN F. ISLER (*pro hac vice*)
Attorney for Defendants
Alabama Department of Conservation and
Natural Resources and Barnett Lawley,
Commissioner

Address of Counsel:

CAPELL & HOWARD, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
334/241-8000


## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above document has been electronically filed using the CM/ECF system on this the 29th day of November, 2007.


/s/ CONSTANCE S. BARKER
OF COUNSEL

2