IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BENNY NEWTON** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **07 cv 433-MHT** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **CONSERVATION AND** | ) | |
| **NATURAL RESOURCES,** *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

## DISCLOSURE OF EXPERT WITNESSES

Defendants, by and through undersigned counsel, hereby file their disclosure of expert witnesses in this case as follows:

**1. ERS Group:** ERS Group is a statistical and economic consulting firm specializing in analysis for complex business litigation. **Dr. Janet Thornton** is a labor economist with a Ph.D. in Economics (1992) from Florida State University. Her fields of special interest include labor economics, computer analysis of large databases, and applied econometric and statistical analysis. Since 1986 she has worked as an economist at ERS Group, a SourceCorp company, where she is currently a Director.

**Dr. J. Michael DuMond** is a labor economist with a Ph.D. in Economics (1997) from Florida State University. His fields of special interest include employee compensation and labor economics, the analysis of large databases, and the unique labor markets of professional and collegiate athletics.

Dr. Thornton and Dr. DuMond work in the Florida Office of ERS Group which is located at 4901 Tower Court, Tallahassee, Florida 32303, telephone number:  (850) 562-1211.

**2**. **Applied Psychological Technologies, Inc. (APT):  Dr. Kathleen K. Lundquist, Dr. Toni S. Locklear, and Dr. Mark Schmidt** will provide expert analyses and opinions as to the validity of selection devices used by SPD, including the minimum qualifications and examinations challenged in this case. Dr. Lundquist is the President of APT, Inc. and is a Phi Beta Kappa graduate of Fordham University where she earned a Ph.D. degree in Psychology with a specialization in Psychometrics in 1979.  Dr. Lundquist is based in the Connecticut office of APT, Inc, which is located at 1 Thorndal Circle, 2nd Floor, Darien, Connecticut 06820, telephone number:  (203) 655-7779.

Dr. Locklear is the Western Regional Director for APT, Inc., which is located at 10532 NE 68th Street, Suite D202, Kirkland, Washington 98033, telephone number: (425) 803-6858.  Dr. Locklear earned her Ph.D. in Industrial and Organizational Psychology from Auburn University.

Dr. Schmidt is the managing director of APT in Erie, Colorado.  Dr. Schmidt earned his Ph.D. from Bowling Green University in Industrial and Organizational Psychology with a minor in Quantitative Methods.  Dr. Schmidt's address is 1200 West South Boulder Road, Suite 203, Lafayette, Colorado 80026, telephone number: (303) 926-4482.

The Curriculum Vitas of the experts are attached to this disclosure. In accordance with the Parties' Planning Meeting [9], the expert reports will be submitted on March 17, 2008.

Respectfully submitted this 3rd day of March, 2008.

   /s/ Alice Ann Byrne

ALICE ANN BYRNE (BYR 015)
Counsel for Defendants
State Personnel Department and
Jackie Graham, Director of State
Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax
aliceann.byrne@personnel.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the **3th day of March, 2008**, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:

    Russell W. Adams, Esq.          radams@wcqp.com
    Rocco Calamusa, Jr., Esq.       rcalamusa@wcqp.com
    Susan Donahue, Esq.           sdonahue@wcqp.com
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendants Department of Conservation and Natural Resources and Barnett Lawley, Commission:

    Christopher W. Weller, Esq.    cww@chlaw.com
    Constance S. Barker, Esq.     csb@chlaw.com
    Mai Lan Isler, Esq.           mfi@chlaw.com
    CAPELL HOWARD, P.C.
    P. O. Box 2069
    Montgomery, AL  36102-2069

    David Dean, Esq.           david.dean@dcnr.alabama.gov
    Deputy Legal Counsel
    DEPARTMENT OF CONSERVATION
    & NATURAL RESOURCES
    64 North Union Street ~ Suite 474
    Folsom Administrative Building
    Montgomery, AL  36104

                  /s/  Alice Ann Byrne
                Of Counsel

# Exhibit 1.  Dr. Lundquist's Curriculum Vita

## KATHLEEN KAPPY LUNDQUIST

Applied Psychological Techniques
One Thorndal Circle
Darien, CT  06820
Business:  (203) 655-7779

### EDUCATION

| | | | |
|---|---|---|---|
| Ph.D. | Psychometrics | Fordham University | 1979 |
| M.A. | Psychometrics | Fordham University | 1976 |
| B.A. summa cum laude | Psychology | College of Mt. St. Vincent | 1974 |

### PROFESSIONAL EXPERIENCE

1995 to Present    ***APPLIED PSYCHOLOGICAL TECHNIQUES***

*President.*  Founded and manages the firm, which provides consulting services in the design and validation of employee selection procedures, performance management, downsizing and executive assessment for Fortune 100 clients in the aerospace, banking, pharmaceutical, telecommunications, consulting and utility industries.  Project experience also includes a variety of public sector employers.  Conducts litigation support activities, including serving as an expert witness for both plaintiffs and defendants.

Dr. Lundquist currently serves as a court-appointed Joint Expert in the Coca-Cola Discrimination Task Force.

1990 to 1995    ***HRStrategies***

1991 to 1995    *Vice President.*  Responsible for managing the New York Regional Office of HRStrategies, providing consulting services in skills assessment, survey design, test development, and validation projects for clients primarily in Fortune 100 companies.

1990 to 1991    *Managing Principal.*  Opened the New York Regional Office of HRStrategies.

1989 to 1990    **HEWITT ASSOCIATES**

*Consultant.* Provided assistance to clients in the design and implementation of performance management and other human resource programs. Special expertise in the areas of construction and validation of selection systems and management of large scale research projects.

1979 to 1990    **SOUTHERN CALIFORNIA EDISON**

1987 to 1989    *Manager, Human Resources Measurement and Development.* Responsible for managing, promoting, and administering research and development programs related to selection, training, and organizational development. Areas of responsibility included (1) internal management consulting, (2) development and validation of selection procedures, (3) design and administration of corporate training programs, and (4) employee development programs such as career counseling, performance management, and educational assistance. Directed a professional staff of forty and administered a budget of $3.5 million. Interfaced with all levels of management, legal counsel, and federal and state EEO compliance agencies.

*Special project assignment 1988.* Managed a corporate task force to implement a flexible benefits package; reported directly to the Corporate Treasurer.

As the chief *Industrial Psychologist* for the corporation, responsibilities also included (1) managing the behavioral reliability and psychological assessment programs, (2) testifying at grievances, arbitrations, and trials, and (3) serving in an oversight capacity for Employee Assistance Program and certification of mental health provider network.

1985 to 1986    *Manager, Human Resources Measurement.* Responsible for all selection procedure development, test validation, and administration of testing program for over 15,000 people annually. Directed a professional staff of seven psychologists and a total staff of 19.

1983 to 1985    *Project Administrator, Selection Task Force.*  Responsible for design and execution of company-wide studies to validate new selection procedures for major entry-level jobs. Completed criterion-related and content validation studies covering 92 percent of entry-level hiring activity.  Directed a staff of 12 and administered a budget of $400,000.

1979 to 1983    *Industrial Psychologist.*  Responsible for test development, validation, and internal consulting on personnel research issues.  Responsibilities included:

- Design and analysis of adverse impact studies on all aspects of personnel selection.

- Development and presentation of supervisory training programs in selection system development.

- Supervision of psychological screening program for nuclear power plant workers.

- Technical supervision of test administration and the application of testing policy.

- Development of research project studying the recruitment and retention of women in non-traditional jobs.

- Coordination of company participation in industry-wide test validation studies.

1978 to 1979    **EDUCATIONAL TESTING SERVICE**

*Senior Research Assistant.*  Conducted special research studies involving item analysis and IRT calibration of large scale test databases.  Developed instructional workshops on the use of item response theory.  Provided technical assistance to state and local education agencies on program evaluation.

1978                    **NATIONAL ACADEMY OF SCIENCE**

                       *Research Associate to the Committee on Ability Testing.*
                       Provided staff assistance to the blue ribbon panel studying
                       test bias.  Wrote position papers in the area of employment
                       testing.  Represented the Committee at relevant meetings.

1974 to 1975           **HARCOURT BRACE JOVANOVICH**

                       *Research Assistant.*  Participated in the development of the
                       Metropolitan Achievement Test, including item writing and
                       statistical analyses.

## TEACHING

1986 to 1989           *California School for Professional Psychology.*  Graduate
                       faculty.  Taught Personnel Assessment, Statistics, and
                       Advanced Multivariate Methods for doctoral candidates in
                       Organizational Psychology.  Mentored Doctoral dissertation.

1980 to 1988           *University of San Francisco.*  Graduate faculty.  Taught
                       Statistics and Advanced Research Design for Human
                       Resources & Organizational Behavior major.  Mentored
                       Masters theses.

1977                   *Long Island University.*  Adjunct Faculty.  Taught graduate
                       courses in Statistics and Research Methodology.

1976 to 1978           *Mercy College.*  Adjunct Faculty.  Taught Introductory
                       Psychology, Theories of Personality, Statistics and History of
                       Psychology.

## SPECIAL INTEREST AREAS

Diversity Measurement, Skills Assessment, and Pay Equity.

## FELLOWSHIPS

1976 to 1977           *Fordham University.*  Teaching Fellowship.  Responsible for
                       the development and evaluation of individualized, self-paced
                       instruction in General Psychology, as well as courses in
                       Statistics and Applied Psychology.

| | |
|---|---|
| 1976 | *Educational Testing Service.*  Summer Research Fellowship. Investigated gender and ethnic bias in testing methods. |
| 1975 to 1976 | *Fordham University.*  Graduate Research Assistant.  Assisted Drs. Anne Anastasi and John Walsh in graduate courses on Statistics and Computer Utilization. |
| 1974 to 1976 | *Harcourt Brace Jovanovich.*  Fellowship in Psychometrics. Conducted a review of tests for gender bias in content.  Also participated in test administration and validation of a general intelligence test for minority group job applicants. |

## PUBLICATIONS

Lundquist, K. K., Scott, J. C., & Curtis, J. R. (1995).  Selection techniques for a diverse workforce.  In American Bar Association (Eds.), *Equal Employment Opportunity Laws 30 Years Later*.  Washington, D.C.: American Bar Association.

Lundquist, K. K., & Jones, D. P. (1992).  Skill-Based Job Analysis.  *Technical & Skills Training*, February/March, 1992, 7-12.

Jones, D. P. & Lundquist, K. K. (1991).  *Construction and skilled trades selection system:  Job analysis report*.  Washington, D.C.:  Edison Electric Institute.

Jones, D. P. & Kappy, K. A., (1990*).  Construction and skilled trades selection system:  Final technical report*.  Washington, D.C.:  Edison Electric Institute.

Kappy, K. A., (1979).  Differential effects of decreased testing time on the verbal and quantitative aptitude scores of males and females.  Unpublished doctoral dissertation, Fordham University, May 1979.  (Mentor:  Dr. Anne Anastasi)

42

**PRESENTATIONS**

| | |
|---|---|
| 2007 | Lundquist, K. K.  The Power of Measurement: Evaluating your Diversity Success.  Presentation at the SHRM Workplace Diversity Conference, Philadelphia, PA, October 2007. |
| 2007 | Lundquist, K. K.  How to determine if your company's tests pass muster.  Presentation at the Workforce Opportunity Network sponsored by ORC, Dallas, TX, October 2007. |
| 2007 | Lundquist, K. K., Casellas, G. F., & Moan, J. P.  Toward Innovation: New Insights for the Multicultural Workplace.  Presentation at the Southern Connecticut Society for Human Resource Management, September 2007. |
| 2007 | Lundquist, K.  K.  Innovative approaches to testing.  Testimony at the U.S. Equal Employment Opportunity Commission meeting on employer testing and screening, Washington, D. C., May 16, 2007. |
| 2007 | Ashe, R. L., Jr., & Lundquist, K. K.  Building Legal Defensibility into your HR Processes.  Workshop presented the annual Society for Industrial and Organizational Psychology conference, New York, NY, April 2007. |
| 2007 | Lundquist, K. K. & Casellas, G. F.  Toward Innovation: Reflections on the Coca-Cola Experience.  Presentation at the Chief Diversity Officer Forum, Greensboro, NC, March 2007. |
| 2006 | Lundquist, K. K. & Casellas, G. F.  Human resource process audits: The whys, the hows and the wherefores.  E-seminar presented by Workforce Performance Solutions magazine, November 2006. |
| 2006 | Lundquist, K. K.  Latest issues in employment litigation.  Presentation at the Middle Atlantic Personnel Assessment Council conference, Princeton, NJ, November 2006. |
| 2006 | Lundquist, K. K.  Latest issues in employment litigation.  Presentation at the Metropolitan New York Association of Applied Psychology, New York, June 2006. |
| 2006 | Lundquist, K. K.  Current areas of challenge in HR practices: How to avoid costly class action settlements.  Presentation at |

the Personnel Testing Council of Metropolitan Washington, Washington, D. C., June 2006.

2006    Casellas, G. F. & Lundquist, K. K.  Measuring progress in diversity: Practical and legal considerations for the journey. Presentation at the annual Diversity Conference of The Conference Board, New York, May 2006.

2006    Lundquist, K. K.  Making your case: Judicious tips for communicating with judges, juries and attorneys. Presentation at the Society for Industrial and Organizational Psychology conference, Dallas, April 2006.

2006    Lundquist, K. K.  Employee selection and testing: What you must know.  Presentation at the Pacific Employment Law Conference, Seattle, May 2006.

2006    Lundquist, K. K.  21st Century Employee Selection. Presentation at the American Bar Association, Section of Labor and Employment Law, Equal Employment Opportunity Committee, La Jolla, California, April 2006.

2005    Lundquist, K. K.  Testing: What's New and What's Scary or How to Avoid the Snake Oil Salespeople.  Presentation at the 24th Annual Davis, Wright, Tremaine Employment Law Seminar, Seattle, October 2005.

2005    Lundquist, K. K.  Diversity Measurement in Organizations: The changing challenge.  Presentation at the annual convention of the American Psychological Association, Washington, D. C., August 2005.

2005    Lundquist, K. K.  Recipe for Workplace Success:  Personality is the secret ingredient.  Presentation at the annual convention of the International Council on Hotel, Restaurant and Institutional Education, Las Vegas, July 2005.

2005    Testing: What's New and What's Scary or How to Avoid the Snake Oil Salespeople.  Presentation at the National Employment Law Council Conference, Chicago, April 2005.

2005    Lundquist, K. K., Curtis, J. C., & Snyder, D. W.  Blind Judgment: An attempt to reduce adverse impact in the interview.  Panel discussion at the Society for Industrial and Organizational Psychology conference, Los Angeles, April 2005.

2004    Put to the Test: The New Scrutiny of Employee Testing and

.

Selection Procedures.  Presentation at The American Employment Law Council, Twelfth Annual Conference, Palm Beach, Florida, October 2004.

2004            Lundquist, K. K. & Scott, J. C.  Legal considerations when auditing your performance management system.  Panel discussion at the Society for Industrial and Organizational Psychology conference, Chicago, April 2004.

2002            The Evolving Definition of Work.  Presentation to the Connecticut Quality Improvement Association, Wallingford, CT, October 2002.

2002            In the Line of Fire: From the HR Process Design Perspective. Presentation to the Equal Employment Advisory Council's Training Program on Employment Discrimination Class Actions, Alexandria, Virginia, April 2002.

2002            What I/Os Need to Know About the Skill Standards Movement.  Panel discussion at the Society for Industrial and Organizational Psychology conference, Toronto, April 2002.

2001            The Litigation Landscape: How it Affects our Role as I/O Psychologists.  Presentation to the Society for Industrial and Organizational Psychology Doctoral Consortium, San Diego, California, April 2001.

2000            Pay Equity: The New Discrimination Frontier.  Workshop presented by Economic Research Services, Atlanta, Georgia, October 2000.

2000            Use and Abuse of Experts.  The American Employment Law Council, Eighth Annual Conference, Hot Springs, Virginia, October 2000.

1999            Compensation Disparities and Organizational Realities. American Bar Association, Section of Labor and Employment Law, Equal Employment Opportunity Committee, Boca Raton, Florida, March 1999.

1997            Downsizing: Lessons from the Firing Line.  Georgia State University, Human Resources Round Table, Atlanta, Georgia, January 1997.

1997            Recent developments in employment litigation.  Workshop presented with R. Lawrence Ashe, Jr., Esq. at the Society for

45

Industrial and Organizational Psychology, St. Louis, Missouri, April, 1997.

| | |
|---|---|
| 1996 | Success factors for I/O doctoral programs: Planning for the 21st century. Panel discussion presented at the Society for Industrial and Organizational Psychology, San Diego, California, April 1996. |
| 1995 | Selection techniques for a diverse workforce. Presented at the American Bar Association Section of Labor and Employment Law Anniversary Celebration, Washington, D.C., May 1995. |
| 1994 | Training to the top: Workforce skills and global competitiveness. Symposium presented at the Society for Industrial Organizational Psychology, Nashville, TN, April 1994. |
| 1992 | Attacking the skills gap: A report from the firing line. Symposium presented at the Society for Industrial and Organization Psychology, Montreal, Ontario, Canada, May 1992. |
| 1991 | Skill-based job analysis: A strategy for closing the skills gap. Paper presented with Michelle M. Crosby at the Society for Industrial and Organizational Psychology, St. Louis, MO, April 1991. |
| 1990 | The role of the analyst in the job analysis process. Compiler or interpreter? Paper presented at the annual conference of the International Personnel Management Association Assessment Council, San Diego, CA, June 1990. |
| 1990 | An overview of today's testing technology. Paper presented at the Annual Labor and Employment Law Conference of Seyfarth, Shaw, Fairweather & Geraldson, Chicago, IL, June 1990. |
| 1990 | Recent developments in EEO. Workshop presented with R. Lawrence Ashe, Jr. Esq., at the annual conference of the Society for Industrial and Organizational Psychology, Miami Beach, FL, April 1990. |
| 1990 | Technology, automation and their human resources implications. Paper presented the Local Government Personnel Association, Washington, D.C., March 1990. |

1989            Employee selection systems:  Interviews, written and physical
               tests, experience checks, differential scoring, and formal
               validation studies after *Hopkins, Atonio and Watson*.
               Workshop presented at the National Employment Law
               Institute Conference on EEO in Federal, State, and Local
               Government, Washington, D.C., September 1989.

1989            Designing and conducting large-scale research projects.
               Workshop presented with David P. Jones at the annual
               conference of the Society for Industrial and Organizational
               Psychology, Boston, MA, April 1989.

1988            Considerations in setting cutoff scores:  Legal and
               professional standards.  Workshop presented with David P.
               Jones at the annual Edison Electric Institute Test Users
               Conference, Dearborn, MI, October 1988.

1983            Employment selection and testing:  A review of legal and
               practical considerations.  Paper presented at the California
               Employment Law Conference, San Francisco, CA, November
               1983.

1980            Achievement level testing effects on Rasch item difficulty
               estimates.  Paper presented at the annual meeting of the
               American Educational Research Association, Boston, MA,
               April 1980.

1979            The impact of test speededness of Rasch item calibrations.
               Paper presented with A.S. Cohen at the annual meeting of the
               American Psychological Association, New York, NY,
               September 1979.

## PROFESSIONAL AFFILIATIONS

Phi Beta Kappa
American Psychological Association
Society for Industrial and Organization Psychology
Chair, SIOP Doctoral Consortium 2005
National Association of Women Business Owners
National Association of Female Executives

## LICENSES

Licensed as a Psychologist in the State of Connecticut, No. 001967

## AWARDS

Finalist in the 2007 Ernst & Young Entrepreneur of the Year Award for
Metropolitan New York Region.

Connecticut Woman Business Owner of the Year, 2002.

## BOARD MEMBERSHIPS

Board Member and Chair of Development Committee, Maritime Aquarium, 2007.
Co-chair Red Apple Dinner, 2005 - present.

Board Member, Volunteer Center of Southwestern Fairfield County, 2003-
present.

President, Wade Foundation, 2001-present.

Member of the expert panel on assessment for the National Skills Standards
Board (NSSB) and chair of the Endorsement Review Panel for the NSSB, 1999-
2003.

Addendum to Resume for
**KATHLEEN KAPPY LUNDQUIST, Ph.D.**

Testimony as an expert in fair employment law litigation:

| | |
|---|---|
| 2006 – present | Simpson *et al.* v. New York State Department of Civil Service, *et al.* Cause No. 04-CV-1184 (N. D New York). |
| 2006 – present | United States of America v. City of Chesapeake, Virginia. Civil Action No. 2:06CV415 ( N.D. Virginia) |
| 2006 – present | Ebbert *et al.* v. Nassau County *et al.* Civil Action No. CV-05 5445 (FB)AKT) ( E. D. New York). |
| 2006 | Lauren Browning v. Southwest Research Institute, No. SA-05-CA-0245-FB, United States District Court, (Western District of Texas). |
| 2006 – present | Smith *et al.* v. United States Steel Corporation. Civil Action No. 2:05-CV-1359-VEH (N. D. Alabama). |
| 2006 | Chand *et al.* v. Target Corporation. Case No. BC 315688 (Superior Court of California, Los Angeles County). |
| 2005 – 2006 | Alphonse Perez *et al.* v. RadioShack Corporation. Case No. 02-CV-7884 (N. D. Illinois). |
| 2004 – 2006 | Dudley, *et al.* v. City of Macon, *et al.* Civil Action No. 76-190-MAC (M. D. Georgia). |
| 2004 – 2006 | Patricia Boord v. John Ashcroft. EEOC No. 100-A1-7101X (Agency No. F-98-5242). |
| 2004 – 2006 | Jenkins, *et al.* v. BellSouth Corporation. Civil Action No. 02-CO-1057-S (N. D. Alabama). |
| 2004 – present | Robert Wright, *et al.* v. Henry J. Stern, *et al.* Case No. 01 CV 4437 (S. D. New York). |
| 2004 – 2005 | OFCCP *v.* Wyeth Pharmaceuticals, Inc. (2003-OFC-00007). |
| 2002 – present | Janice Morgan *et al.* v. Family Dollar Stores, Inc. Civil Action No. CV-01-C-0303-W (N. D. Alabama). |

| | |
|---|---|
| 2002 – present | Johnny Reynolds, *et al.* v. Alabama Department of Transportation, *et al.*  Case No. CV 85 T 665 N (Middle District of Alabama). |
| 2001 – 2003 | Mary F. Singleton, *et al.* v. The Regents of the University of California, *et al.*  Case No. 807233-1, Superior Court of the State of California. |
| 2001 - present | Boston Police Superior Officers Federation, *et al.* v. Boston Police Department and HRD.   Commonwealth of Massachusetts, Civil Service Commission, Cases Nos. I-02-606, B-02-476 through B-02-488. |
| 2001 - present | United States of America v. Jefferson County, et al.  Civil Action Number 75-P-0666-S (N. D. Alabama). |
| 2001 – 2006 | Abdallah *et al.* v. The Coca-Cola Company  Case No. 1-98-CV-3679 (RWS) (N. D. Georgia).  Court appointed Joint Expert for Settlement Agreement. |
| 2001 - 2004 | Willie Morrow, et al., v. Jim Ingram, Commissioner of Public Safety of Mississippi, et al.  Civil Action Number 4716 (G) (S. D. Mississippi). |
| 2000 – 2005 | Arlene M. Stone v. First Union Corporation, et al.  Case Number 94-6932-CIV-GOLD (S. D. Florida). |
| 2000 – 2002 | Winifred N. Cotter *et al.*, v. City of Boston and Massachusetts Association of Minority Law Enforcement Officers, *et al.*  Civil Action No. 99-11101-WGY (D. of Massachusetts). |
| 1999 - 2000 | Roy C. Johnson, et al., v. City of Tulsa.  Civil Action Number 94-C-39-H (N. D. Oklahoma). |
| 1999 - 2004 | United States of America v. City of Garland, Texas.  Civil Action Number 3:98-CV0307-L (N. D. Texas). |
| 1999 - 2003 | Howard R. L. Cook, et al., v. James H. Billington.  Civil Action Number CA 82-0400 (D. Dist. Of Columbia). |
| 1999 - present | The NAACP; The New Jersey State Conference, NAACP; Eric O'Neal; Sean Carter; Antonio Melendez and Robert Guzeman, v. The State of New Jersey Department of Law and Public Safety, Division of State Police.   Civil Action No. L-002687-96 (Superior Court of New Jersey). |

| | |
|---|---|
| 1999 - 2000 | Edward J. Simpkins v. Fannie Mae & Franklin D. Raines. Civil Action Number 1:99CV00153 (PLF) (D. Dist. Of Columbia). |
| 1998 – 2004 | Gonzales, et al. v. Galvin, et al.. CA No. 96-4110 (N. D. Ohio). |
| 1998 - 1999 | Dorothy A. Edwards et al. v. The City of Houston, Texas v. Houston Police Patrolmen's Union Houston Police Officers Association. Civil Action No. H-92-2510 (So. D. Texas). |
| 1998 | Deborah W. Tschirhart v. United Airlines, Dan Walsh, Steve Beatus and Glenis James  Civil Action No. ESX-L-2409-96 Superior Court of NJ Law Division: Essex County. |
| 1997 - present | Ronald Kelly, et al. v. UHC Management Company, Inc., et al.. Civil Action No. CV 96-B-1047-S (No. D. Ala). |
| 1997 | Vicki Butler, et al. v. Home Depot, Inc.  C-94-4335-(SI) (No.D. Cal.); Teresa Frank, et al. v. Home Depot, Inc. C-95-2182 (SI) Consolidated. |
| 1997 | Jacqueline A. Benton v. BellSouth Telecommunications, Inc., Civil Action No. 1-95-CV-2754-WBH (No. D. Ga.). |
| 1996 - 1997 | Hyman, et al. v. First Union Corporation, et al., Civil No. 94-1043 (RCL) (D.D.C.). |
| 1996 - present | Sharon A. Fasenmyer v. Altoona Area School District, et al., Civil Action No. 93-177J (W. D. Pa.). |
| 1995 | Weiss v. Educational Testing Service, et al., No. L-02815-93 (Superior Court of New Jersey). |
| 1995 - 2002 | Wright, et al. v. South Central Bell, et al., No. CV-93-C-1530-S (N. D. Ala). |
| 1994 - 1996 | AMAE v. State of California, et al., No. 92-3874-WHO (N. D. Cal.). |
| 1994 - 1997 | Maddow, et al. v. Procter & Gamble Co., No. 1:93-CV-2790-JTC (N .D. Ga). |

| | |
|---|---|
| 1993 - 1998 | In Re:  PEPCO Employment Litigation, No. 86-0603 (D. D.C.) (first retained by defendant and accepted by plaintiffs). |
| 1993 | Gonzalez v. Southwestern Elec. Power Co., No. 2-93CV009 (E. D. Tex.). |
| 1992 | International Brotherhood of Electrical Workers, Local 386 Southwestern Electric Power Company, (No. 92-03684) (Arbitration). |

# Exhibit 2.  Dr. Locklear's Curriculum Vita

## TONI S. LOCKLEAR

Applied Psychological Techniques
10532 NE 68th St, Suite 202
Kirkland, WA 98033-5649
Phone: 425-803-6858

## EDUCATION

| Ph.D. | Industrial/Organizational Psychology | Auburn University | 1992 |
| M.S. | Industrial/Organizational Psychology | Auburn University | 1987 |
| B.S. | Psychology | Kennesaw State University | 1984 |

## PROFESSIONAL EXPERIENCE

2000 to Present      **APPLIED PSYCHOLOGICAL TECHNIQUES**

*Western Regional Director.*  Direct the Seattle office of APT which provides consulting services in job analysis, the design and validation of employee selection procedures, basic skills assessment, performance management, litigation support, executive assessment, and the design and administration of organizational surveys for Fortune 100 clients in the financial services, transportation, pharmaceutical, telecommunications, electronic and utility industries.

1992 to 2000      ***THE BOEING COMPANY***

1994 to 2000      *Manager, Assessment Services.* Assessment Services was a company-wide program responsible for the development, validation and implementation of pre-employment tests, the company's management Assessment Center, and other assessment tools. Principal activities included supervising employees and external consultants in job analysis, the development and validation of selection procedures such as written examinations, structured interviews, and video assessments; developing test administration and scoring procedures; and providing technical guidance to the company on job analysis, test development, employee selection, training needs assessment, and measurement issues. Also developed and implemented the company's 360-degree assessment

53

process.

| 1992 to 1993 | *Assessment Specialist.* Conducted job analysis and developed and validated written examinations for entry-level manufacturing jobs. |

1986 to 1991        **CENTER FOR BUSINESS AND ECONOMIC DEVELOPMENT, AUBURN UNIVERSITY AT MONTGOMERY**

1990 to 1991        *Project Manager.* The Center is a university HR consulting firm whose principal activities include private and public sector personnel administration, litigation support in EEO cases, organizational development, job analysis, and related research in industrial/organizational psychology and personnel management. Principal activities included project management; supervising and training professional support staff; developing selection procedures such as written examinations, structured interviews, and work sample exercises; conducting job analysis; developing hiring and transfer procedures; and developing training manuals.

1986 to 1989        *Research Associate.* Developed employee selection procedures, conducted job analysis, designed program evaluation studies, developed specifications for new job classifications, conducted training workshops, developed training manuals, and analyzed data.

## TEACHING

1984 to 1986        **AUBURN UNIVERSITY**

                     *Teaching Instructor.* Taught introductory psychology and statistics to undergraduates

## PUBLICATIONS AND PRESENTATIONS

Locklear, T. S., & Kamin, A. M. (2003), (Chairs). *Attorneys' Perspectives on the Role of Experts in Employment Litigation.* Symposium conducted at the 18th annual conference of the Society for Industrial and Organizational Psychology, Orlando.

Locklear, T. S., & Scott, J. C. (2002), (Chairs), *Linking 360-Degree Feedback to Measures of Individual and Organizational Behavior.* Symposium conducted at the 17th annual conference of the Society for Industrial and Organizational Psychology, Toronto.

Veres, J. G. III, Sims, R. R., Locklear, T. S., Jackson, K. A., & O'Leary, R. S. (2001). Job analysis: Yesterday, today, and tomorrow. In G. R. Ferris, M. R. Buckley & D. B. Fedor (Eds.), *Human Resource Management: Perspectives, Context, Functions and Outcomes* (4th Ed.). Englewood Cliffs, NJ: Prentice-Hall.

Lammlein, S. E., Schneider, R. J., Bosshardt, M. J., & Locklear, T. S. (2001). *Content Validation of an Equipment Driver Work Sample*. Paper presented at the 15th annual conference of the Society for Industrial and Organizational Psychology, San Diego.

Veres, J. G. III, Locklear, T. S., Sims, R. R., & Prewett, A. J. (1996). Job analysis in human resource management practice. In G. R. Ferris & M. R. Buckley (Eds.), *Human Resource Management: Perspectives, Context, Functions and Outcomes* (3rd Ed.) (pp. 122-154). Englewood Cliffs, NJ: Prentice-Hall.

Locklear, T. S. (1992). *The exploration and evaluation of an index to detect inaccurate respondents to structured job analysis questionnaires*. Unpublished doctoral dissertation, Auburn University, Alabama. (UMI No. 9225363)

Veres, J. G., Sims, R. R., & Locklear, T. S. (1991). Improving the reliability of Kolb's revised Learning Style Inventory. *Educational and Psychological Measurement, 51*, 143-150.

Veres, J. G. III, Locklear, T. S., & Sims, R. R. (1990). Job analysis in practice: A brief review of the role of job analysis in human resource management. In G. R. Ferris, K. M. Rowland & M. R. Buckley (Eds.), *Human Resource Management: Perspectives and Issues* (2nd Ed.) (pp. 79-103). Boston: Allyn and Bacon.

Locklear, T. S., Granger, B. B., & Veres, J. G. III. (1989). Evaluation of a behaviorally based appraisal system. *Journal of Managerial Issues, 1*, 66-75.

Sims, R. R., Sims, S. J., Veres, J. G., & Locklear, T. S. (1989). A view from my side: Managing AIDS in the workplace. *Training and Management Development Methods, 6*, 137-144.

Chaplin, W. F. & Locklear, T. S. (1988, August). Construct similarity and the convergence between self and other personality ratings. In K. Lanning (Chair), *New approaches to the study of personality*. Symposium conducted at the meeting of the American Psychological Association, Atlanta, GA.

Sadowski, C. J., Locklear, T. S., & Grah, C. R. (1988, August). *Structural properties of ability conceptualizations in age and sex stereotypes*. Paper presented at the meeting of the American Psychological Association, Atlanta, GA. (ERIC Reproduction Service No. ED 303 761).

Sims, R. R., Veres, J. G., Locklear, T. S., & Wells, R. B. (1987). Training for public managers: The Alabama certified public manager program. *Journal of European Industrial Training, 11(6)*, 11-13.

## PROFESSIONAL AFFILIATIONS

American Psychological Association

APA Division 14:  Society for Industrial and Organizational Psychology, Inc.

Editorial Review Board, Journal of Managerial Issues

Puget Sound Association of Industrial and Organizational Psychologists

# Exhibit 3.  Dr. Schmit's Curriculum Vita

## MARK J. SCHMIT

Applied Psychological Techniques
1200 W. South Boulder Road, Suite 203
Lafayette, CO  80026
Phone: 303-926-4482

## EDUCATION

| Ph.D. | Industrial/Organizational Psychology | Bowling Green State University | 1994 |
| M.A. | Industrial/Organizational Psychology | Bowling Green State University | 1991 |
| B.A. | Psychology | St. Norbert College | 1990 |

## PROFESSIONAL EXPERIENCE

2005 to Present    ***APPLIED PSYCHOLOGICAL TECHNIQUES***

*Managing Director.*  Direct the Denver office of APT which provides consulting services in the design and validation of employee selection procedures, basic skills assessment, performance management, litigation support and executive assessment for Fortune 100 clients in the financial services, transportation, pharmaceutical, telecommunications, electronic and utility industries. Serve as expert witness for employment discrimination cases. Write reports for the court describing employer practices as compared to legal guidelines, professional standards, and industry best practices.  Topic areas include personnel selection, promotion, training and development, performance management, compensation, organizational culture, and general management practices. Conduct psychometric and statistical analysis on tests (and other measurement tools) and data. Testify in depositions and court hearings providing opinions based on written reports.

2003 to 2005    ***SHL USA INC.***

*Senior Testifying Expert.* Served as expert witness for employment discrimination and workplace accident cases. Wrote reports for the court

57

describing employer practices as compared to legal guidelines, professional standards, and industry best practices. Topic areas include personnel selection, promotion, training and development, performance management, compensation, organizational culture, workplace safety, and general management practices. Conducted psychometric and statistical analysis on tests (and other measurement tools) and data.

2003 to 2006      ***COLORADO STATE UNIVERSITY***

*Affiliate Faculty, Dept. of Psychology*. Provided research work and experiential opportunities for Industrial/Organizational Psychology graduate students. Provided and managed internships. Presented workshops and seminars on expert witness work.

2002 to 2003      ***GANTZ WILEY RESEARCH***

*Executive Director Employee Surveys*. Managed 15 employees, including 5 psychologists; Responsible for $5 Million P&L. Managed all phases of operations, including teams of project consultants, project managers, data analysts, IT experts, production and shipping, sales and marketing. Developed custom and standard employee surveys as diagnostic tools for organizations. Conducted psychometric and statistical analyses on survey measures and related data. Presented results of surveys to senior management and worked with them to design organizational action plans and interventions to improve organizational effectiveness and employee satisfaction. Conducted organizational effectiveness consulting with Fortune 1000 companies. Trained internal HR staff of client organizations to be organizational effectiveness consultants.

1997 to 2002      ***PERSONNEL DECISIONS INTERNATIONAL (PDI)***

2000 to 2002      *Vice President/General Manager- ePredix subsidiary of PDI*. Managed M&A search and implementation process for the roll-up of PDI Assessment Solutions (intellectual property provider) and ePredix (technology provider). Following merger of PDI Assessment Solutions and ePredix – Managed 75 employees including 10 psychologists. Responsible for $10 Million P&L. Increased sales by 25% over two years. Managed all phases of operations including teams of consultants, project managers, IT developers and analysts, call center representatives, test scorers, sales, and marketing. Conducted sales calls as technical expert with account managers. Conducted consulting with organizations on recruitment, selection, promotion, and retention systems.

1999 to 2000      *Vice President – Assessment Solutions – PDI*. Managed 35 employees

including 10 psychologists; Responsible for $8 Million P&L. Managed all phases of operations (excluding IT) including teams of consultants, project managers, call center representatives, test scorers, sales, and marketing. Two divisions reported to me- Product (Director- Selection Systems) and Custom Consulting (Director- Selection Consulting). Led the development of pre-employment and promotion tests and assessment centers for client organizations. Approximately 60% of these assessment tools were custom and 40% product or packaged services. Conducted psychometric and statistical analyses with measures and related data. Conducted sales calls as technical expert with account managers. Conducted consulting with organizations on recruitment, selection, promotion, and retention systems.

1999 to 2000

*Director – Selection Systems – PDI.* Managed 15 employees including 6 psychologists. Responsible for $3.5 Million P&L. This management position was primarily focused on recruitment, selection, promotion, and retention products. This position was one of two directors reporting to the VP of Assessment Solutions. The other director was responsible for custom client offerings. Led the development of pre-employment and promotion tests (including job/industry-specific knowledge, skill, cognitive ability, situational judgment, leadership personality, general personality, and workplace safety tests, behavioral interviews, culture fit assessments, and assessment centers) for use as standard product offerings and as part of packaged services. Conducted psychometric and statistical analyses on assessment measures and related data. Conducted sales calls as technical expert with account managers. Conducted consulting with organizations on recruitment, selection, promotion, and retention systems.

1997 to 1998

*Consultant and Senior Consultant- PDI.* Conducted consulting with organizations on recruitment, selection, promotion, and retention systems. Developed and validated new systems where appropriate. Conducted training sessions with new system users in client organizations. Worked on new product development team creating selection tools and conducting validation research on them. Conducted psychometric and statistical analyses on assessment measures and related data.

1996 to 1997

**PAYLESS SHOE SOURCE**

*Manager, HR Development.* Managed team of 5 employees, including 2 Master's level psychologists. Managed the training and development function for stores and corporate office. Developed store manager training modules. Developed and delivered corporate manager development programs. Developed buyer/merchandising manager training with President of Payless, Dick Jolosky.

| | |
|---|---|
| 1994 to 1996 | ***UNIVERSITY OF FLORIDA, WARRINGTON COLLEGE OF BUSINESS*** |
| | *Assistant Professor of Management.* Taught human resources, organizational behavior, and various management courses. Served as undergraduate advisor. |
| 1994 to 1996 | ***HUMAN RESOURCE RESEARCH CENTER, UNIVERSITY OF FLORIDA*** |
| | *Research Director.* Provided HR consulting to national retailers who were members of the Center for Retailing. Developed and implemented selection, performance management, and training and development systems. |
| 1990 to 1994 | ***INSTITUTE FOR PSYCHOLOGICAL RESEARCH AND APPLICATION, BOWLING GREEN STATE UNIVERSITY*** |
| | *Associate Consultant.* Conducted HR and organizational effectiveness consulting under the supervision of my graduate advisor. Developed and implemented employee orientation programs, selection/promotion systems, employee surveys, performance management, and training and development systems. |
| 1984 to 1990 | ***EMPLOYERS HEALTH INSURANCE*** |
| 1985 to 1990 | *Human Resource Generalist* |
| 1984 to 1985 | *HR Assistant/Intern* |

## PUBLICATIONS

Schmit, M. J., & Hardy, R. R. (1991). Contingent incentives, education, and peer support: An ecobehavioral program to improve safety belt use among high school students. *Journal of Psychology and the Behavioral Sciences, 6,* 1-8.

Schmit, M. J., & Ryan, A. M. (1992). Test taking dispositions: A missing link? *Journal of Applied Psychology, 77,* 629-637.

Schmit, M. J., Amel, E. L., & Ryan, A. M. (1993). Self-reported assertive job seeking behaviors of minimally educated job hunters. *Personnel Psychology, 46,* 105-124.

Schmit, M. J., & Ryan, A. M. (1993). The Big Five in personnel selection: Factor comparisons of applicant and non-applicant populations. *Journal of Applied Psychology, 78,* 966-974.

Schmit, M. J., Ryan, A. M., Stierwalt, S. L., & Powell, A. B. (1995). Frame-of-reference effects on personality scale scores and criterion-related validity. *Journal of Applied Psychology, 80*, 607-620.

Schmit, M. J., & Allscheid, S. P. (1995). Employee attitudes and customer satisfaction: Making theoretical and empirical connections. *Personnel Psychology, 48*, 521-536.

Ryan, A. M., & Schmit, M. J. (1996). Calculating EEO statistics in the temporary help industry. *Personnel Psychology, 49*, 167-180.

Schmit, M. J., & Stanard, S. J. (1996). The utility of personality inventories in the employee assistance process: A study of problem police officers. *Employee Assistance Quarterly, 11*, 21-42.

Ryan, A. M., Schmit, M. J., & Johnson, R. H. (1996). Attitudes and effectiveness: Examining relations at an organizational level. *Personnel Psychology, 49*, 853-882.

Ryan, A. M., & Schmit, M. J. (1996). An assessment of organizational climate and P-E fit: A tool for organizational change. *International Journal of Organizational Analysis, 4*, 75-95.

Motowidlo, S. J., Borman, W. C., & Schmit, M. J. (1997). A theory of individual differences in task and contextual performance. *Human Performance, 10*, 71-83.

Ryan, A. M., Schmit, M. J., Daum, D. L., Brutus, S., McCormick, S. A., & Brodke, M. H. (1997). Workplace integrity: Differences in perceptions of behaviors and situational factors. *Journal of Business and Psychology, 12*, 67-83.

Raymark, P. H., Schmit, M. J., & Guion, R. M. (1997). Development of an instrument to identify personality-related position requirements. *Personnel Psychology, 50*, 723-736.

Schmit, M. J., & Ryan, A. M. (1997). Applicant withdrawal: The role of test-taking attitudes and racial differences. *Personnel Psychology, 50*, 855-876.

Ryan, A. M., Ployhart, R. E., Greguras, G. J., & Schmit, M. J. (1998). Test preparation programs in selection contexts: Self-selection and program effectiveness. *Personnel Psychology, 51*, 599-621.

Schmit, M. J., Kihm, J. A., & Robie, C., (2000). The development of a global measure of personality. *Personnel Psychology, 53*, 153-193.

Robie, C., Schmit, M. J., Ryan, A. M., & Zickar, M. J. (2000). Effects of item context specificity on the measurement equivalence of a personality inventory. *Organizational Research Methods, 3*, 348-365.

Robie, C., Zickar, M. J., & Schmit, M. J. (2001). Measurement equivalence between applicant and incumbent groups: An IRT analysis of personality scales. *Human Performance, 14*, 187-207.

Robie, C., Born, M. P., & Schmit, M. J. (2001). Personal and situational determinants of personality responses: A partial reanalysis and reinterpretation of the Schmit et al. (1995) data. *Journal of Business and Psychology, 16*, 101-117.

Naglieri, J. A., Drasgow, F., Schmit, M. J., Handler, L., Prifitera, A., Margolis, A., Velasquez, R. (2004). Psychological testing on the internet: New problems, old issues. *American Psychologist, 59*, 150-162.

Roth, P. L., Van Iddekinge, C. H., Huffcutt, A. I., Eidson, Jr., C. E., & Schmit, M. J. (2005). Personality saturation in structured interviews. *International Journal of Selection and Assessment, 13,* 261-273.

**Book Chapters:**

Motowidlo, S. J., & Schmit, M. J. (1999). Performance assessment in unique jobs. In D. R. Ilgen & E. D. Pulakos (Eds.) *The changing nature of work performance: Implications for staffing, personnel actions, and development.* San Francisco, CA: Jossey-Bass.

Schmit, M. J., Kihm, J. A., & Robie, C. (2002). The Global Personality Inventory. In B. De Raad & M. Perugini (Eds.), *Big Five Assessment.* Göttingen, Germany: Hogrefe & Huber.

Schmit, M. J. (2006). Emotional intelligence in the business world. In K. R. Murphy (Ed.), *A critique of Emotional Intelligence: What are the problems and how can they be fixed?* Mahwah, NJ: Lawrence Erlbaum Associates.

Schmit, M. J. (in press). Managing your consulting career. In J. W. Hedge & W. C. Borman (Eds.), *The I/O consultant's primer.* Washington DC: American Psychological Association Books.

**Papers Under Development/Review:**

Goldman, B., Slaughter, J., Schmit, M. J., Wiley, J. W., & Brooks, S. M. Perceptions of Discrimination: A Multiple Needs Model Perspective. Under review: *Journal of Management*

McLellan, R. A., Amundson, M., Schmit, M. J., & Robie, C. Secret shopper ratings as an individual-level criterion for validation studies. *Personnel Psychology*

## PRESENTATIONS

Schmit, M. J., Amel, E. L., & Ryan, A. M. (1992, May). Low-skilled job hunters and assertive job-seeking behavior. Paper presented at the 7th Annual Conference of the Society of Industrial and Organizational Psychology, Montreal, Quebec.

Schmit, M. J., & Ryan, A. M. (1992, May). Test taking motivation: A moderator of criterion-related validity. Paper presented at the 7th Annual Conference of the Society of Industrial and Organizational Psychology, Montreal, Quebec.

Schmit, M. J., & Ryan, A. M., & Hazucha, J. F. (1992, May). Personality testing for personnel selection: An integrative theory and empirical evidence. In L. M. Hough (Chair), Incremental validity of personality over ability in predicting job performance. Symposium conducted at the 7th Annual Conference of the Society of Industrial and Organizational Psychology, Montreal, Quebec.

Ryan, A. M., & Schmit, M. J. (1992, July). Validation of an organizational fit instrument. Paper presented at XXV International Congress of Psychology, Brussels, Belgium.

Schmit, M. J., & Ryan, A. M. (1993, April). The big five factor structure in applicant and non-applicant populations. Paper presented at the 8th Annual Conference of the Society of Industrial and Organizational Psychology, San Francisco, CA.

Ryan, A. M., & Schmit, M. J. (1993, April). Assessing organizational fit in employee selection. Paper presented at the 8th Annual Conference of the Society of Industrial and Organizational Psychology, San Francisco, CA.

Hakel, M., Delaney, P., Grisez, M., Hahn, S., Kruger, T., Parker, T., Schmit, M., Volmer, S., & Woods, J. (1993, April). Beyond the classroom: Implementing a graduate student development center. Master tutorial presented at the 8th Annual Conference of the Society of Industrial and Organizational Psychology, San Francisco, CA.

Schmit, M. J., & Hammer, S. L. (1994, April). Personnel selection and the Big Five: Bandwidth and fidelity explorations. Paper presented at the 9th Annual Conference of the Society of Industrial and Organizational Psychology, Nashville, TN.

Johnson, R. H., Ryan, A. M., & Schmit, M. J. (1994, April). Employee attitudes and branch performance at Ford Motor Credit. In N. Rotchford (Chair), Linking Employee Survey Data to Organizational Outcome Measures. Practitioner Forum conducted at the 9th Annual Conference of the Society of Industrial and Organizational Psychology, Nashville, TN.

Ryan, A. M., Brutus, S. Daum, D. L., Schmit, M. J., & Larson, J. R. (1994, April). Effects of negative feedback source on motivation and perceived competence. Paper presented at the 9th Annual Conference of the Society of Industrial and Organizational Psychology, Nashville, TN.

Ryan, A. M., Brutus, S., Daum, D. L., Half-Brodke, M., Schmit, M. J., & Volmer, S. A., (1994, August). Workplace integrity: Differences in perceptions of behavioral and situational factors. Paper presented at the 102nd Annual Convention of the American Psychological Association, Los Angeles, CA.

Hammer, S. L., Schmit, M. J., Ryan, A. M., & Powell, A. B. (1994, August). Frame-of reference effects on personality scale scores and affective reactions. In R. Hogan (Chair), Personality assessment in personnel selection. Paper session conducted at the 102nd Annual Convention of the American Psychological Association, Los Angeles, CA.

Schmit, M. J., Stanard, S. J., & Robie, C. (1995, May). The utility of personality inventories in the employee assistance process. Paper presented at the 10th Annual Conference of the Society of Industrial and Organizational Psychology, Orlando, FL.

Schmit, M. J., & Allscheid, S. P. (1995, May). Employee attitudes and customer perceptions of product-service quality. Paper presented at the 10th Annual Conference of the Society of Industrial and Organizational Psychology, Orlando, FL.

Schmit, M. J., Ryan, A. M., & Powell, A. B. (1995, August). Personality item context effects on criterion-related validity. In L. G. Weiss (Chair), Specifying personality variables in employment contexts. Paper session conducted at the 103rd Annual Convention of the American Psychological Association, New York, NY.

Schmit, M. J., & Motowidlo, S. J. (1996, April). Situational-specificity of interviews and personality tests: Implications for criterion-related validities. In J. A. Collins (Chair), Personality predictors of job performance: Controversial issues. Symposium conducted at the 11th Annual Conference of the Society of Industrial and Organizational Psychology, San Diego, CA.

Ryan, A. M., Ployhart, R. E., Greguras, G. J., & Schmit, M. J., (1997, April). Predicting applicant withdrawal from applicant attitudes. Paper presented at the 12th Annual Conference of the Society of Industrial and Organizational Psychology, St. Louis, MO.

Schmit, M. J., & Ryan, A. M. (1997, April). Frame-of-reference effects in personality testing: An IRT analysis. In T. A. Judge (Chair), Personality: Measurement and conceptual issues and controversy surrounding predictive and constructive validity. Symposium conducted at the 12th Annual Conference of the Society of Industrial and Organizational Psychology, St. Louis, MO.

Schmit, M. J. (1998, April). The development of a global measure of personality. In A.M. Ryan (Chair), Global implication of selection practices: The influence of cultural context. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

McLellan, R. A., Schmit, M. J., Hansen, T., & Olsen, H. E. (1998, April). Issues with personality tests used for personnel selection: Mean difference, adverse impact, and test fairness. In P. R. Sackett (Chair), Race and gender differences on personality measures used in selection. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

McLellan, R. A., Amundson, M., Schmit, M. J., & Blake, R. (1998, April). Shopper ratings as an individual-level criterion for validation studies. In J. I. Sanchez (Chair), Customer service: predictors, criterion, and theory. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

Motowidlo, S. J., Brownless, A. L., & Schmit, M. J. (1998, April). Relations between individual differences in personality, ability, and experience and knowledge, skill, and performance in servicing retail customers. In J. C. Hogan (Chair), Meaning and models of the personality-job

performance relation. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

Robie, C., Born, M. Ph., & Schmit, M. J. (1998, July). Personal and situational determinants of personality responses: A partial reanalysis and reinterpretation of the Schmit et al. (1995) data. Paper presented at the 9th European Conference on Personality, Guildford, UK.

Schmit, M. J., Kihm, J. A., & Robie, C. (1999, April). Refining a personality test to be used in selection across several cultures. In W. C. Borman (Chair), Personality and performance: Boundary conditions for measurement and structural models. Symposium conducted at the 14th Annual Conference of the Society for Industrial-Organizational Psychology, Atlanta, GA.

Robie, C., Schmit, M. J., Ryan, A. M., & Zickar, M. (1999, April). Item response theory and frame of reference. In F. Drasgow (Chair), The modeling of personality data in I-O psychology. Symposium conducted at the 14th Annual Conference of the Society for Industrial-Organizational Psychology, Atlanta, GA.

Robie, C., Zickar, M. J., & Schmit, M. J. (1999, May). Measurement equivalence between applicant and incumbent groups on a work-oriented measure of personality. Paper presented at the conference of Applied Personality Psychology: The Intersection of Personality and I/O Psychology, Tulsa, OK.

Schmit, M. J. (2000, April). Personality testing innovations and development. In P. Roth (Chair), Ask the selection experts. Roundtable discussion conducted at the 15th Annual Conference of the Society for Industrial-Organizational Psychology, New Orleans, LA.

Schmit, M. J. (2000, April). Evaluating multi-rater data and value from a firm-level perspective. Symposium conducted at the 15th Annual Conference of the Society for Industrial-Organizational Psychology, New Orleans, LA.

Schmit, M. J. (2001, April). Assessments on the Internet. In M. Harris (Chair), The Internet and I-O Psychology: Applications and issues. Symposium conducted at the 16th Annual Conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Schmit, M. J. (2001, April). Conceptual challenges in cross-cultural testing. Developing and deploying global selection programs: Conceptual and practical challenges. Roundtable discussion conducted at the 16th Annual Conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Schmit, M. J. (2001, April). Personality testing for personnel selection. In P. Roth (Chair), Ask the selection experts. Roundtable discussion conducted at the 16th Annual Conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Schmit, M. J. (2001, September). Use of psychological measures for online recruitment and pre-employment selection. In L. Frumkin (Chair), Internet-based assessment: State of the art in

testing. Symposium conducted at the 109th Annual Conference of the American Psychological Association, San Francisco, CA.

Hazucha, J. F., Schmit, M. J., & Goff, M. (2002, April). Variations in personality across cultures. In D. Ones (Chair), Personality at work in a cross-cultural context. Symposium conducted at the 17th Annual Conference of the Society for Industrial-Organizational Psychology, Toronto, Ontario, Canada.

Schmit, M. J., Tenopyr, M. L., Barrett, G. V., Campbell, W. J., Arnold, D. W. (2002, April). Women as CEOs: Challenges of Crisis Management. Chair of panel discussion conducted at the 17th Annual Conference of the Society for Industrial-Organizational Psychology, Toronto, Ontario, Canada.

Sari, L. M., Rotolo, C. T., Baker, K. Q., Cohen, D. J., Schmit, M. J., Reynolds, D. H., Scott, J. C. (2003, April). SIOP Committees' Focus: Enhancing the visibility and Brand of I-O Psychology: Visibility and Professional Practice Committees. Roundtable conducted at the 18th Annual Conference of the Society for Industrial-Organizational Psychology, Orlando, FL.

Arad, S., Velez, P., Schmit, M. J, (2003, April). Country liaisons: Providing a conduit between US and International I-O Psychologists. Roundtable conducted at the 18th Annual Conference of the Society for Industrial-Organizational Psychology, Orlando, FL.

Maranto, D. B., Jeanneret, P. R., Kralj, M. M., Schmit, M. J., Scott, J. C. (2003, April). Psychologists consulting in organizations: Can I-O and clinical work together? Conversation Hour conducted at the 18th Annual Conference of the Society for Industrial-Organizational Psychology, Orlando, FL.

Schmit, M. J., Cascio, W. F., Lefkowitz, J. M., Landy, F. J., Sharf, J. C., Murphy, K. R., Seberhagen, L. W. (2004, April). Expert witness discussion hour. Panel discussion conducted at the 17th Annual Conference of the Society for Industrial-Organizational Psychology, Chicago, IL.

Schmit, M. J., Goldman, B., Slaughter, J., Wiley, J. W., & Brooks, S. M. (2005, April). Relationship of organizational fairness and intent to file discrimination charges. In L.A. Snyder (Chair), Predicting diversity-related outcomes: Examining the roles of justice. Symposium conducted at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles, CA.

Schmit, M. J., Pulakos, E. D., Farr, J. L., Denning, D. L., Gutman, A., & Kirkpatrick, M. (2005, April). Retrospective research in complex organizations for legal defensibility. Panel discussion conducted at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles, CA.

Reynolds, D. H., Beaty, J. C., Fallaw, S. S., Mondragon, N. G., Schmit, M. J., Sinar, E. F. (2005, April). You want me to do what? Internet age consulting challenges. Panel discussion conducted at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles, CA.

Hemingway, M. A., Hudson, P., LoVerde, M., Olsen, H., & Schmit, M. J. (2006, May). Internal versus external consulting: Pros cons, and lessons learned. Panel discussion conducted at the 21st Annual Conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

Schmit, M. J., & Potosky, D. (2006, May). Ask the selection experts: Internet testing. P. L. Roth, Chair. Roundtable session conducted at the 21st Annual Conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

Roth, P. L., Barrett, G. V., Bobko, P., Cascio, W. F., Schemmer, F. M., & Schmit, M. J. (2006, May). Expert witness discussion hour. Roundtable session conducted at the 21st Annual Conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

Goldman, B., Schmit, M. J., Slaughter, J., Wiley, J. W., & Brooks, S. M. (2006, August). Perceptions of a Litigious Climate: A Multiple Needs Model Perspective. In J. Greenberg (Chair), Organizational justice and public concern. Symposium conducted at the 2006 Annual Meeting of the Academy of Management, Atlanta, GA.

## SERVICE CONTRIBUTIONS

Society for Industrial and Organizational Psychology, Membership Committee, 1995-1996; Annual Conference Program Committee (Reviewer), 1994-2004; Core Program Committee, 1998 – 1999, Chair, Professional Practice Committee 2002-2004.

American Psychological Association, Special Advisory Committee to the Boards, Committee on Internet-based Testing, 2002-2004

University of Florida, Athletic Advisory Committee, 1995 – 1996; College of Business Administration, Minority Affairs Committee, 1995 - 1997; Teaching and Advising Awards Committee, 1996; Undergraduate Advisor, 1995-1997.

Society for Human Resource Management, Advisor for local student chapter, University of Florida, College of Business Administration, 1994-1996.

Minnesota Professionals in Psychology Applied to Work, Member of founding Steering Committee, 1998; Secretary, 1998.

Society of Industrial and Organizational Psychology, May, 1995, Orlando, FL.  Conducted a practitioner pre-conference workshop at the SIOP Annual Conference with R. Guion, entitled "Selecting people with personality."

Society of Industrial and Organizational Psychology, April, 2000, San Diego, CA.  Conducted a practitioner pre-conference workshop at the SIOP Annual Conference with A. M. Ryan, entitled "Beyond the validation study: Avoiding practical pitfalls when implementing a personnel selection system."

Department of Management & Organizations, University of Iowa, Advisor Council Member, 2001 - Present.

### *Journal Reviewer/Editorial Boards:*

Personnel Psychology, Reviewer, 1992 – 2002; Editorial Board, 2002 - present.

International Journal of Selection and Assessment, Reviewer, 1999 – 2002.  Editorial Board, 2002 – present.

Journal of Applied Psychology, Reviewer, 1993 - present.

Human Performance, Reviewer, 2004 – present.

## PROFESSIONAL AFFILIATIONS

American Psychological Association (APA)

Society for Human Resource Management (SHRM)

Society for Industrial and Organizational Psychology (SIOP)

Colorado Human Resources Association (CHRA)

**ERSGroup**
A SOURCECORP™ COMPANY

**Tallahassee, FL**
4901 Tower Court
Tallahassee, FL 32303

(850) 562-1211
(850) 562-3838 FAX

www.ersgroup.com

# Janet R. Thornton, Ph.D.

4901 Tower Court • Tallahassee, FL  32303 • (850) 562-1211, xtn. 142
jthornton@ersgroup.com

## PROFESSIONAL EXPERIENCE:

### ERS GROUP

Director, ERS Group, April 2004 to present.

Dr. Thornton specializes in the use of data analysis and statistical techniques to analyze credit decisions and to determine how employment practices relate to gender, race, ethnicity, and age.  She has testified as an expert witness in both credit and employment cases.  Dr. Thornton has also designed software to monitor lending practices and has prepared salary, termination, and hiring audits for employers.  In conducting these analyses, Dr. Thornton performs project manager duties including the supervision of economists and team members.

Vice President and Senior Research Economist, ERS Group, 1998-2004.
Senior Research Economist, Economic Research Services, Inc., 1997-1998.
Research Economist, Economic Research Services, Inc., 1986-1997.

### Florida State University
Instructor of Quantitative Methods and Statistics, 2000-2001.

### Georgia Southwestern College
Part-time Instructor, 1985-1986

### Economic Research Services, Inc.
Research Assistant, Tallahassee, Florida, Summer 1985

### Florida State University
Instructor, Economics, 1984-1985

### Economic Research Services, Inc.
Research Assistant, Tallahassee, Florida, Summer 1984

### Florida State University
Instructor and Teaching Assistant, Economics, 1982-1984

### University of Central Florida
Research Assistant, 1981

Revised March 21, 2007

**EDUCATION:**

Ph.D., Florida State University, Economics, 1992

M.S., Florida State University, Economics, 1985

B.A., University of Central Florida, Economics and Political Science, 1981

**HONORS AND AWARDS:**

Omicron Delta Epsilon (Economics)
Omicron Delta Kappa (National Leadership)
Pi Sigma Alpha (Political Science)
Phi Kappa Phi Honor Society
Scholarship to attend Conference on Public Choice, Center for Public Choice, Blacksburg, Virginia, 1983

**SPECIALIZATION:**

Labor and Natural Resource Economics

## PUBLICATIONS AND RESEARCH PAPERS:

"Recent Developments in the Analysis of Employment Practices," (with Joan Haworth and Paul White), Development in Litigation Economics, Vol. 87.  Eds. Patrick Gaughan and Robert Thornton, Contemporary Studies in Economic and Financial Analysis. Amsterdam: Elsevier, 2005.

"Minority and Female Owned Business Opportunity in Atlanta," (with Joan G. Haworth), Prepared for the City of Atlanta, October 2000.

"Cohort Analysis and the Determination of Economic Damages Resulting from Employment Discrimination," (with Michael J. Piette).  Journal of Forensic Economics, Vol. VIII, No. 1, Winter 1995.

"Using New Labor Force Participation Rates When Computing Economic Damage and Loss: A Methodological Note," (with Michael J. Piette).  Journal of Legal Economics, Vol. 4, No. 2, Summer 1994.

"A Human Capital Approach to School Retention," Ph.D. Dissertation, Department of Economics, Florida State University, April 1992.

## PRESENTATIONS/PROFESSIONAL MEETINGS:

Presented "Compensation Tune-Up for 2007: Tools for Analyzing and Monitoring Compensation," a Web Seminar, 2007.

Presented at ERS Group's "Analyzing and Monitoring Compensation in Today's Regulatory Environment" Seminar, Washington, D.C. and San Francisco, CA, 2005.

Presented "Commonly Used Statistical Techniques" and/or "Advanced Statistical Techniques: Compensation Analysis" at ERS Group's "Employment Discrimination:  Economic and Statistical

Presentations/Professional Meetings (Cont.)

Evidence" Seminar, Washington, D.D., 2006; Washington, D.C. and New York, 2004; Washington, D.C. and New York, 2003; Chicago and New York, 2002; Dallas, 2001; New York and Los Angeles, 2000; Atlanta, Chicago, and San Francisco, 1999.

Presented "Exposure and Liability – Calculating Damages" at ERS Group's "Employment Discrimination: Economic and Statistical Evidence" Seminar, Los Angeles, 1998.
"The Use of Cohort Analysis in the Litigation Context," (with Michael J. Piette), paper presented at the American Economic Association Meeting, New Orleans, January 1992.

"Changes in Labor Force Participation Rates Over Time:  Some New Evidence From Census Data," (with Michael J. Piette), paper presented at the Southern Economic Association Meeting, Washington D.C., November 1992.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS:

American Economic Association

National Association of Forensic Economics

## COMPUTER LANGUAGES AND STATISTICAL PACKAGES:

Extensive use and knowledge of FORTRAN, SAS, and SPSS on mainframe and personal computers.  Knowledge and use of FOCUS, BMDP, COBOL, and Pascal.
Use of Atlas Pro Software to construct thematic maps

## COMPUTER SYSTEMS:

IBM RS6000 Model 58H, operating in an IBM UNIX environment

IBM 3090-400 VM-CMS environment at the University of Florida, Gainesville, Florida

Concurrent Corporation/Perkin-Elmer at Economic Research Services, Inc., Tallahassee, Florida

Control Data Cyber 850 at the Florida State University, Tallahassee, Florida



**Tallahassee, FL**
4901 Tower Court
Tallahassee, FL 32303

(850) 562-1211
(850) 562-3838 FAX

www.ersgroup.com

# J. MICHAEL DUMOND

4901 Tower Court • Tallahassee, FL  32303 • (850) 562-1211
mdumond@ersgroup.com

## PROFESSIONAL EXPERIENCE:

### ERS GROUP
- Research Economist (2001 - present)

Perform economic and statistical analysis of employment issues relating to gender, race, ethnicity, and age. Construct and analyze databases.  Prepare and assist in the preparation of written reports.

### FLORIDA STATE UNIVERSITY
- Adjunct Professor (2002-Present):

Courses taught include Labor Economics, SAS Programming, and MS Project.

### BLOCKBUSTER, INC.
- Director of Franchise Finance (1999-2001)

Responsible for all budgeting, forecasting and financial analysis of the 800+ store franchise division. Designed and implemented projects to improve profitability of both franchisees and franchisor, such as optimal labor allocation methods and alternative methods of acquiring rental product.

- Manager/Director of Modeling and Research (1997-1999)

Developed and supervised the implementation of predictive models for use by the real-estate, product and special format divisions.  Oversaw the worldwide rollout of site-selection modeling applications and assisted in the valuation and pricing of company stores for sale to franchise units.  Expanded the scope of the department by introducing econometric models into business segments that had not previously relied on statistical tools.

- Senior Demographic Research Analyst (1996-1997)

Introduced statistical modeling for the purposes of site-selection in the real estate department.  Initial responsibilities focused on the development of revenue forecasting and cannibalization models for potential new stores.  Subsequently, took on the additional responsibility of designing a product allocation system that simultaneously determines the optimal aggregate purchase amount for the entire company.

## EDUCATION:

Ph.D., Florida State University, Economics, 1997
M.S., Florida State University, Economics, 1994
B.S., Florida State University, Economics, 1991 (Summa Cum Laude)

## SPECIALIZATION:
Labor Economics and Economic Demography.

Revised August 15, 2007

## PUBLICATIONS AND RESEARCH PAPERS:

"An Examination of NBA MVP Voting Behavior: Does Race Matter?," (with Jay B. Coleman and Allen K. Lynch), Under Review.

"An Economic Model of the College Football Recruiting Process," (with Allen K. Lynch and Jennifer Platania), Journal of Sports Economics, Forthcoming, February 2008.

"Estimating Wage Differentials: When Does Cost-of-Living Matter?" (with Barry Hirsch and David Macpherson), Economic Inquiry, Vol. 37, No. 4, October 1999.

"Two Essays on Wage Differentials," Ph.D. Dissertation, Department of Economics, Florida State University, April 1997.

"Workers Compensation Recipiency in Union and Nonunion Workplaces," (with Barry Hirsch and David Macpherson), Industrial and Labor Relations Review, Vol. 50, No. 2, January 1997.

## PRESENTATIONS / PROFESSIONAL MEETINGS:

"Prob(it)ing the NCAA: Three Empirical Models on Collegiate Athletics," (with Allen K. Lynch and Jay B. Coleman), 2005, presented at the SAS M2005 Data Mining Conference. Invited Presentation, Mid-day Keynote Address.

"An Economic Model of the College Football Recruiting Process," paper presented at the Eastern Economic Association meetings, 2005.

"Customer Discrimination in Major League Baseball," (with Allen K. Lynch) paper presented at the Southern Economic Association meetings, 1999.

"Workers' Compensation Recipiency in Union and Nonunion Workplaces," paper presented at the Southern Economic Association meetings, 1995.

"Estimating Wage Differentials: When Does Cost-of-Living Matter?" paper presented at the Southern Economic Association meetings, 1994.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS:

American Economic Association

## COMPUTER LANGUAGES AND STATISTICAL PACKAGES:

Extensive use and knowledge of SAS (mainframe and PC) and SPSS. Highly advanced user of Microsoft Excel, Word, and PowerPoint.


ERSGroup
A SOURCECORP® COMPANY