IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BENNY NEWTON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv433-MHT |
| ALABAMA DEPARTMENT OF ) | |
| CONSERVATION AND ) | |
| NATURAL RESOURCES, et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to dismiss and alternative motion for partial summary judgment (Doc. No. 37) are set for submission, without oral argument, on April 4, 2008, with all briefs due by said date.

DONE, this the 14th day of March, 2008.

          /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE