## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BENNY NEWTON,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.: 07-CV-433-MHT** |
| | * | |
| **STATE OF ALABAMA, et al.** | * | |
| | * | |
| **Defendant.** | * | |

### JOINT STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through undersigned counsel, stipulate that this case be dismissed with prejudice, each side to bear its own costs.

Respectfully submitted,

/s/Susan Donahue
Russell W. Adams
Rocco Calamusa, Jr.
Susan Donahue (ASB-4525A48D)
WIGGINS, CHILDS,
     QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

*Attorneys for the Plaintiff*

/s/Constance S. Barker (with e-mail consent)
Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130

Christopher W. Weller
Constance S. Barker
Mai Lan Isler
CAPELL HOWARD, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Christopher W. Weller
Constance S. Barker
Mai Lan Isler
Capell Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069
CWW@CHLAW.COM
CSB@CHLAW.COM
MFI@CHLAW.COM

/s/ Susan Donahue
OF COUNSEL

2